**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| ISAIAH FORMAN, | Cause No.: 4:20-cv-681-MTS |
| Plaintiff, | |
| v. | *Removed from the Circuit Court of St. Louis County Division 1,* |
| THE CITY OF WOODSON TERRACE, | *Cause No.* 20SL-CC02304 |
| Defendant. | |

## NOTICE OF DISMISSAL

COMES NOW Plaintiff, by and through his undersigned counsel of record, and hereby dismisses this matter with prejudice. Each party shall bear their own costs.

*Respectfully submitted*,

MCCLOSKEY, P.C.

By: */s/Mark T. McCloskey*
Mark T. McCloskey, #36144
Patricia N. McCloskey, #36153
The Niemann Mansion
4472 Lindell Blvd.
St. Louis, Missouri 63108
(314) 721-4000 telephone
(314) 721-3664 facsimile
McCloskeyLaw@aol.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was filed on **January 4, 2021** electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

By: */s/Mark T. McCloskey*